### STEPHEN BAKER VS. BRIGANTINE *Little Betty*, 1744

At A Court of Vice Adm$^y$ held at Newport on Monday the 17th Dec$^r$ 1744 before L. Lockman Esq$^r$ Judge

The Court was Open'd and Adj$^d$ until Monday the 24th Ins$^t$

The Court was Adj$^d$ untill friday next at ten O Clock A. M